435 A.2d 1336

Mucklow, Appellants v. Interstate Railroad Ties, Inc.

Argued May 26, 1981.
Cheryl Ann Klepper, for appellants; Donald H. Lipson, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Appeal quashed.

435 A.2d 1336

Peters, Appellant v. Pahl.

Argued November 13, 1980. William T. Simmons, for appellant; James A. Beinkemper, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.